396 A.2d 475

COMMONWEALTH of Pennsylvania

v.

Philip Eugene MEIGHAN, Appellant.

Superior Court of Pennsylvania.

Submitted April 10, 1978.

Decided Dec. 28, 1978.

Donald R. Marsh, Indiana, for appellant.

Walter S. Vuckovich, District Attorney, Indiana, for Commonwealth, appellee.

PER CURIAM:

On direct appeal, appellant is challenging the voluntariness of his guilty plea without having first filed a petition with the lower court to withdraw the plea as required by *Commonwealth v. Roberts*, 237 Pa.Super. 336, 352 A.2d 140 (1975). On the record, at time of sentencing, the court informed the appellant that he had a right to file a motion to withdraw his plea within thirty days, and a right to appeal a denial thereof. However, the record is devoid of warnings to appellant of the consequences on appeal of his failure to file a petition to withdraw his guilty plea prior to challenging its validity. Under *Commonwealth v. Johnson*, 258 Pa.Super. 214, 392 A.2d 760 (1978), there must be affirmative proof on the record that "appellant had been apprised by the lower court or his counsel of the right to petition to withdraw his guilty plea, of the right to the assistance of counsel in filing such a petition, and *of the consequences of not filing* such a petition" before there can be a finding of waiver.

The judgment of sentence is, therefore, vacated, and the case remanded for the filing of a petition nunc pro tunc as mandated by *Commonwealth v. Johnson*.

HESTER, J., files a dissenting statement, in which VAN der VOORT, J., joins.

HOFFMAN, J., did not participate in the consideration or decision of this case.

HESTER, Judge, dissenting.

I dissent. I would affirm the action of the court below.

VAN der VOORT, J., joins in this dissenting statement.